# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff(s),<br><br>v.<br><br>CARLOS ORTIZ RENTERIA,<br><br>　　　　　　　　Defendant(s). | Case No. 2:17-mj-00690-NJK<br><br>**ORDER**<br><br>(Docket No. 15) |

Pending before the Court is the Government's motion to strike Defendant's notice of right to be present in Court without shackles. Docket No. 15. The Court has already made a shackling determination. Docket No. 2. The motion to strike is therefore **DENIED** as moot.

IT IS SO ORDERED

Dated: July 21, 2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge